**U. S. Department of Justice**

***Thomas G. Walker***

*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

# M E M O R A N D U M

DATE: October 23, 2012

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: THOMAS G. WALKER
United States Attorney

ATTN OF: JENNIFER E. WELLS
Assistant United States Attorney

SUBJECT: U.S. v. JOHN SAVAGE, CANDY MEDLIN, LARRY MEDLIN, ALLEN BASS, LARRY BAREFOOT, J.R. THORNTON, JAMIE HUNT, GEORGE MYRON ADAMS, TERESA DARDEN, STEVEN MCCALL, KEITH BRITT, CHRISTINA BRITT, RYAN MEYERS, JACKIE JOYNER, SHANNON KIDWELL, and JAMIE LOU DENNING
No. 5:12-CR-351 WESTERN DIVISION

Please issue a warrant for the arrest of the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

JEW/ael

cc: US Marshal Service
US Probation Office