UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

STEVEN MCCALL

WARRANT FOR ARREST

CRIMINAL CASE: 5:12-CR-351-10 (4)

RECEIVED
OCT 29 2012
U.S. Marshals Service, EDNC

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest ________and he/she shall be brought before the nearest Magistrate/Judge to answer an

_X_ **Indictment**_____ **Superseding Indictment** ______ **Criminal Information**___ **Complaint**

_____ **Order of Court:** ___ **Violation Notice**___ **Probation Violation Petition** charging him/her with violation of___United States Code, Section:

Count 1- Conspiracy to manufacture, distribute, dispense and possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine - 21 U.S.C. § 846
Count 4 - Distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine - 21 U.S.C. § 841(a)(1)
Count 18 - Possession of pseudoephedrine with the intent to manufacture a controlled substance, that being methamphetamine - 21 U.S.C. § 841(c)(1)

FILED
JAN 04 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

Julie A. Richards
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

October 24, 2012- RALEIGH, NORTH CAROLINA
Date and Location

(Seal: UNITED STATES DISTRICT COURT — EASTERN DISTRICT OF NORTH CAROLINA)

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at LAURINBURG, NC | | |
| DATE RECEIVED 10/29/2012 | NAME AND TITLE OF ARRESTING OFFICER KEVIN PERRY NC SBI | NAME AND TITLE OF ARRESTING By [signature] USMS E/NC |
| DATE OF ARREST 01/01/2013 | | |