IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-351-F-10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEVEN MCCALL, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 202) of defendant to continue his detention hearing. For good cause shown based on the facts and reasons stated in the motion, the detention hearing in this case, scheduled for Monday, 7 January 2013, is hereby continued to Friday, 11 January 2013, at 10:00 a.m. in the Sixth Floor Courtroom at the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina. Defendant shall remain in custody pending the re-scheduled detention hearing.

Any delay that results from this continuance shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 4th day of January 2013.

James E. Gates
United States Magistrate Judge