IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

No. 5:12-CR-00351-F-10

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| STEVEN McCALL, | |
| Defendant. | |

Upon motion of Defendant Steven McCall to seal the filing at DE 458, for good cause shown, the motion is GRANTED and it is hereby ORDERED that the filing at DE 458 be sealed until further order of the Court.

SO ORDERED.

This the __14__ day of February, 2014.

*James C. Fox*
THE HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE