UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Steven McCall                                   Docket No. 5:12-CR-351-10BO

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven McCall, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, Dispense, and Possess With Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 19, 2014, to the custody of the Bureau of Prisons for a term of 191 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of Life. On April 6, 2017, this case was transferred to U.S. District Judge Terrence W. Boyle for all further proceedings. Steven McCall was released from custody on December 22, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Keith W. Lawrence                           /s/ Corey Rich
Keith W. Lawrence                               Corey Rich
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2540
                                                Executed On: June 17, 2024

**ORDER OF THE COURT**

Considered and ordered this _17_ day of _June_, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge